■ DOMINICK TASSONE, Appellant, v. PETER P. GURSKY et al., Respondents.— Judgment reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. See memorandum in companion case of *Tassone* v. *Gursky* (5 A D 2d 966). All concur, except Williams, J., who dissents as to plaintiff's derivative cause of action because of injuries to his wife, Sally Tassone, and votes for affirmance, and concurs as to plaintiff's derivative cause of action for property damage to his car and for injuries to his children. (Appeal from a judgment of Onondaga Trial Term for defendant for no cause of action in an automobile negligence action.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ QUEENSBORO FARM PRODUCTS, INC., Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 32788.) — Judgment affirmed, with costs. All concur, except Williams and Halpern, JJ., who dissent and vote for reversal on the law and facts and for granting a new trial, in the following memorandum: The trial court's analysis of the case and of the legal theories applicable thereto was erroneous. There was no *de facto* taking of the claimant's milk plant. The principal question was one of consequential damages, alleged to have been caused by interference with the water supply and with highway access to the plant. The State offered to establish a new permanent water line upon property acquired by it and therefore no consequential damages to the milk plant can be allowed for interference with the water supply. The question of whether the relocated road was wholly unsuitable as a means of access should be re-examined. Mere inconvenience is not sufficient as the basis for a claim for damages (*Holmes* v. *State of New York*, 279 App. Div. 489, 282 App. Div. 278). (Appeal from a judgment of the Court of Claims for claimant on a claim for appropriation of leased property.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ. [6 Misc 2d 445.]

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RALPH STAIGER, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Cayuga Special Term dismissing a writ of habeas corpus and remanding relator to the custody of the Warden of Auburn Prison.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.